AO450 (NVD Rev. 2/18)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

Anthony Kenneth Anderson,

              Petitioner,

v.

State of Nevada, et al.,

              Respondent.

JUDGMENT IN A CIVIL CASE

Case Number: 2:22-cv-00734-GMN-VCF

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that judgment is entered in favor of Respondent and against Petitioner dismissing this case.

11/23/2022                                                DEBRA K. KEMPI
Date                                                                           Clerk

                                                                                    /s/ L. Ortiz
                                                                                     Deputy Clerk